# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -01687(1) |
|  | § |
| (1) Samuel Torres-Enriquez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 18, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Samuel TORRES-Enriquez, an alien, entered, or was found in the United States at or near Del Rio, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo Columbia Bridge, Tx on 06/15/2022, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Samuel TORRES-Enriquez, was arrested by Border Patrol Agents, on July 18, 2022 for being an alien illegally present in the United States. Investigation and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

*[signature: L. Melton]*

Signature of Complainant
Melton, Lance T.
Border Patrol Agent

07/21/2022         at    DEL RIO, Texas
File Date                City and State

VICTOR ROBERTO GARCIA        *[signature]*
UNITED STATES MAGISTRATE JUDGE     Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:22-M -01687(1)

(1) Samuel Torres-Enriquez

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 06/15/2022 through Laredo Columbia Bridge, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States and has been removed multiple times under Title 42."

Signature of Judicial Officer     Signature of Complainant